NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID C. BYARS & PAMELA L. BYARS,

          Appellants,

v.

CARRINGTON MORTGAGE SERVICES, LLC;

          Appellee.

Case No. 2D17-3210

Opinion filed June 14, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laurel M. Lee,
Judge.

Mark P. Stopa of Stopa Law Firm LLC,
Tampa; and Latasha Scott of Lord Scott,
PLLC, Tampa, (withdrew after briefing),
for Appellants.

Nancy M. Wallace of Akerman LLP,
Tallahassee; and William P. Heller of
Akerman LLP, Ft. Lauderdale; and
Eric M. Levine of Akerman LLP, West
Palm Beach; and Heather L. Fesnak of
Akerman LLP; Tampa, for Appellee
Carrington Mortgage Services, LLC.


PER CURIAM.

Affirmed.


NORTHCUTT, MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.